NOT FOR PUBLICATION WITHOUT THE
 APPROVAL OF THE APPELLATE DIVISION
 This opinion shall not "constitute precedent or be binding upon any court."
 Although it is posted on the internet, this opinion is binding only on the
 parties in the case and its use in other cases is limited. R.1:36-3.

 SUPERIOR COURT OF NEW JERSEY
 APPELLATE DIVISION
 DOCKET NO. A-4203-15T1

THE GREENHOUSE CONDOMINIUM
ASSOCIATION, a Not-For-Profit
Corporation of the State of
New Jersey,

 Plaintiff-Respondent,

v.

MICHAEL BELLO,

 Defendant-Appellant.
______________________________

 Submitted August 1, 2017 – Decided August 10, 2017

 Before Judges Hoffman and Currier.

 On appeal from the Superior Court of New
 Jersey, Law Division, Bergen County, Docket
 No. L-7523-15.

 Verde, Steinberg & Pontell, LLC, attorneys for
 appellant (Louis J. Verde, of counsel and on
 the brief; Siobhan McGowan, on the briefs).

 Buckalew Frizzell & Crevina LLP, attorneys for
 respondent (Cheryl Siegel, on the brief).

PER CURIAM

 We are advised that these matters have been amicably resolved

and the parties have stipulated to the dismissal of the above
appeals. Accordingly, the appeals are dismissed with prejudice

and without costs.

 2 A-4203-15T1